bosley-kimind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 25 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MI KYUNG BOSLEY, aka Mi Kyung Park, and IN HYUK KIM, aka Dominic, <br><br> Defendants. | CRIMINAL CASE NO. **07-00064** <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO COMMIT ALIEN SMUGGLING** <br> [18 U.S.C. §§ 2 & 317] |

THE GRAND JURY CHARGES:

On or between November 2, 2006, and January 30, 2007, within the District of Guam and elsewhere, the defendants herein, MI KYUNG BOSLEY and IN HYUK KIM, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with each other and with other persons both known and unknown to the Grand Jury, to commit an offense against the United States, to-wit: alien smuggling for commercial advantage and financial gain, in violation of Title 8, U.S.C. § 1324(a)(1)(A)(iii), and did commit overt acts in furtherance of said conspiracy and to achieve the object thereof, to-wit:

//

-1-

1) On November 6, 2006, MI KYUNG BOSLEY accepted $1,400 in United States currency for the purpose of ensuring that the I-94 forms which had been issued to Korean nationals Su Jeong CHOI, Ji Young AN, and Jang Mi BYEON, when they entered Guam as tourists on the Korean tourist visa waiver program, were entered into the Treasury Enforcement Communication System (TECS) computer system, to make it appear they had departed Guam, the defendants believing that in fact said nationals had not departed Guam;

2) On November 6, 2006, MI KYUNG BOSLEY gave IN HYUK KIM $1,200 in United States currency and copies of passports and I-94 forms for three Korean nationals, Su Jeong Choi, Ji Young An and Jang Mi Byeon;

3) On November 17, 2006, MY KYUNG BOSLEY accepted $800 in United States currency for the purpose of ensuring that an I-94 form which had been issued to Korean national Mi Sun IM when she entered Guam as a tourist on the Korean tourist visa waiver program, was entered into TECS to make it appear she had departed Guam, and to ensure that Korean national Jang Mi BYEON would be able to leave Guam without having to surrender her I-94 form to U.S. Customs and Border Protection;

4) On November 17, 2006, MY KYUNG BOSLEY gave IN HYUK KIM $800 in United States currency and copies of the I-94 form for Mi Sun IM;

5) On November 17, 2006, MY KYUNG BOSLEY telephoned another individual to report that IN HYUK KIM needed the e-ticket number or airline ticket of Jang Mi BYEON;

6) On January 16, 2007, IN HYUK KIM met another individual at King's Restaurant in

//
//
//
//
//
//

Harmon to discuss the status of the I-94 forms in the names of Su Jeong CHOI, Ji Young AN, Jang Mi BYEON, and Mi Sun IM,

    ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 371.

Dated this 25th day of July, 2007.

                                            A TRUE BILL.

                                            Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
     KARON V. JOHNSON
     Assistant U.S. Attorney

Reviewed:

By: _____
     JEFFREY J. STRAND
     First Assistant U.S. Attorney

-3-