mibosleyuns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
JUL 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00064 |
| Plaintiff, | |
| vs. | APPLICATION TO UNSEAL RECORD |
| MI KYUNG BOSLEY, aka MI KYUNG PARK, and IN HYUK KIM aka DOMINIC, | |
| Defendant. | |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the defendant has been arrested and the investigation in this matter is now complete.

Respectfully submitted this 31st day of July 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Case 1:07-cr-00064  Document 6  Filed 07/31/2007  Page 1 of 1