**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant In Hyuk aka Dominic*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00064 |
| vs. | **ORDER GRANTING CONTINUANCE OF JURY SELECTION AND TRIAL AND MOTION CUT-OFF** |
| IN HYUK KIM aka DOMINIC, | |
| Defendant. | |

The Court having reviewed the Stipulation to Continue Jury Selection and Trial and Briefing Schedule and the Motion to Continue Trial, IT IS HEREBY ORDERED that the Jury Selection and Trial currently set for October 30, 2007 is continued to January 22, 2008 at 9:30 a.m. IT IS ALSO APPROVED AND SO ORDERED, based on the above-referenced stipulation, that the time between October 24, 2007 and January 22, 2008, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161. The court will issue an amended trial scheduling order setting all relevant deadlines in the case.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
   **Dated: Oct 29, 2007**